Kareemah BELL–BOSTON, Appellant

v.

HARRIET TUBMAN WOMEN'S
12 HOUR LOW BARRIER
SHELTER, Appellee.

No. 09–7020.

United States Court of Appeals,
District of Columbia Circuit.

May 6, 2009.

Kareemah Bell–Boston, Landover Hills, MD, pro se.

BEFORE: SENTELLE, Chief Judge; and HENDERSON and BROWN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C. Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed December 2, 2008, 2008 WL 5085613, be affirmed. The district court properly dismissed the complaint without prejudice for lack of subject matter jurisdiction because it is not a civil action arising under federal law, *see* 28 U.S.C. § 1331, or between citizens of different states with an amount in controversy of more than $75,000, *see* 28 U.S.C. § 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C. Cir. Rule 41.